CC: Ct; AUSA (Coulson/Pfisterer); Dft Cnsl Boyle; Dft (via email/hand delivery); USP; USM; Warden FCI Ft. Dix (NJ)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIMINAL NO. 1:05-CR-0275 |
| | : |
| v. | : (Judge Conner) |
| | : |
| NELSON CARABALLO | : |

1:05-CR-0275-06

FILED
HARRISBURG
MAY 3 0 2006
MARY E. D'ANDREA, CLERK
Per_____ Deputy Clerk

## ORDER TO REPORT IMMEDIATELY TO FCI FORT DIX

AND NOW, this 30th day of May, 2006, upon consideration of the government's motion to revoke bail (Doc. 233), and after a hearing thereon, it is hereby ORDERED that the motion (Doc. 233) is GRANTED to the following extent:

1. The defendant, Nelson Caraballo, shall report <u>immediately</u> to the Federal Correctional Institution at Fort Dix NJ.

2. The defendant shall be permitted to report voluntarily provided, however, that he reports on May 30, 2006 no later than 9:00 p.m.

CHRISTOPHER C. CONNER
United States District Judge